THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

OWEN FREEMAN BAXTER,

        Defendant.

No. CR26-043-JLR

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE

THE COURT has considered Owen Freeman Baxter's unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from April 16 to April 27, 2026.

DONE this 16th day of April 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Owen Freeman Baxter

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Baxter*, No. CR26-043-JLR) - 1