THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

OWEN FREEMAN BAXTER,

Defendant.

) No. CR26-043-JLR
)
)
)
) (~~PROPOSED~~) ORDER FOR HEARING
) TO DETERMINE COMPETENCY
)
)
)
)
)

THE COURT has considered defense counsel's unopposed motion for a hearing to determine Owen Freeman Baxter's competency and the records in this case.

IT IS ORDERED that a competency hearing shall be scheduled for June 22, 2026, at 10:00am.

IT IS FURTHER ORDERED that prior to the competency hearing, Mr. Freeman Baxter shall undergo a psychological evaluation to be conducted by Dr. Wendi Wachsmuth by June 1, 2026. The evaluation shall not be video-recorded or audio-recorded, and counsel shall not attend the evaluation. A written report shall be sent to the Court, Assistant Federal Public Defender J. Leonardo Costales, and Assistant United States Attorney Benjamin Lauenroth by the week of June 15, 2026.

Dr. Wendi Wachsmuth shall examine Mr. Freeman Baxter to determine:

1.      Whether Mr. Freeman Baxter is competent to understand the nature and consequences of the proceedings against him; and

ORDER FOR HEARING TO DETERMINE
COMPETENCY
(*United States v. Baxter*, No. CR26-043-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

2.   Whether Mr. Freeman Baxter is competent to assist properly in his defense.

Dr. Wachsmuth's report shall be prepared consistent with 18 U.S.C. § 4247(c) and shall include:

1.   Mr. Freeman Baxter's history and present symptoms;

2.   A description of the psychiatric, psychological, and medical tests that were employed and their results;

3.   The examiner's findings; and

4.   The examiner's opinions as to diagnosis, prognosis, and whether Mr. Freeman Baxter is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the present trial date of May 26, 2026, is struck, to be reset at such time as Mr. Freeman Baxter is determined to be presently competent to proceed. Other pending deadlines in the case are stayed.

IT IS FURTHER ORDERED that any time resulting from any proceeding, including any examinations, to determine Mr. Freeman Baxter's competency shall be excluded in computing the time within which trial must commence.

DATED this 28th day of ___April___ 2026.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Owen Freeman Baxter

ORDER FOR HEARING TO DETERMINE COMPETENCY
(*United States v. Baxter*, No. CR26-043-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100