The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

OWEN FREEMAN BAXTER,

Defendant.

No.  CR26-043 JLR

ORDER OF DISMISSAL

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant OWEN FREEMAN BAXTER.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

//

//

//

Order of Dismissal - 1
*United States v. Freeman Baxter*, CR26-043 JLR

DATED this 17th day of June, 2026

_____
THE HONORABLE JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Benjamin Lauenroth*
BENJAMIN LAUENROTH
Assistant United States Attorney

Order of Dismissal - 2
*United States v. Freeman Baxter*, CR26-043 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970